IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TXSATMAPS, LLC | § | |
| | § | |
| v. | § | Case No. 6:10-cv-692 |
| | § | |
| EAST TEXAS COUNCIL OF | § | |
| GOVERNMENTS | § | |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion for Ninety (90) Day Extension of Time (Doc. No. 20). The Court hereby **GRANTS** the motion and enters the following amended schedule:

| | |
|---|---|
| Deadline to amend pleadings | November 4, 2011 |
| Deadline to file motions to dismiss | November 18, 2011 |
| Exchange privilege logs | December 16, 2011 |
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof | January 20, 2012 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof | February 21, 2012 |
| Deadline to notify court of mediator | February 21, 2012 |
| Discovery deadline | March 21, 2012 |
| Deadline to complete required mediation | March 28, 2012 |
| Deadline for dispositive motions, including *Daubert* motions | April 4, 2012 |
| Deadline for pretrial disclosures | June 29, 2012 |
| Deadline to file pretrial materials | August 3, 2012 |

| | |
|---|---|
| Pretrial conference and trail setting | September 5, 2012 at 9:00 a.m. |

Only upon a showing of good cause will the Court consider any modification to the above schedule. The parties are reminded to review the Local Rules for the Eastern District and that strict compliance with those rules is expected. *See* [Local Rules](Local Rules).

**It is SO ORDERED.**

**SIGNED this 12th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE